THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. NESBITT, Appellant, *v.* FRANCIS V. GREENE, as Police Commissioner of the City of New York, Respondent.

*People ex rel. Nesbitt* v. *Greene*, 98 App. Div. 624, affirmed.
(Argued April 13, 1905; decided May 2, 1905.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 1, 1904, which dismissed a writ of certiorari to review the proceedings of the defendant in dismissing the relator from the police force of the city of New York and affirmed such proceedings.

*Jacob Rouss* and *Louis J. Grant* for appellant.

*John J. Delany, Corporation Counsel* (*Theodore Connoly* and *Thomas F. Noonan* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: GRAY, J.